UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN GARGIULO, et al., individually and all other similarly situated consumers,<br><br>                      Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>                      Defendant. | 1:14 CV 1599 GBD<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff's Jonathan Gargiulo, et al., individually and all other similarly situated consumers and the Defendant, GC Services Limited Partnership, that the above-entitled action is hereby dismissed with prejudice, with each party to bear its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       June 30th, 2014


By: _____
M. Harvey Rephen (3384)
consumeradvocatenyc@gmail.com
Attorney for Plaintiff
708 Third Avenue, 6th Floor
New York, NY 10017
Tel: (212) 796-0930
Fax: (212) 330-7582

_____
William S. Helfand
*Admitted Pro Hac Vice*
Bill.helfand@chamberlainlaw.com
Chamberlain, Hrdlicka, White, Williams & Aughtry
1200 Smith, Suite 1400
Houston, Texas 77002
713-654-9630
Attorney for Defendant


SO ORDERED:

_____
Magistrate Judge