USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 03 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN GARGIULO, et al., individually and all other similarly situated consumers,

          Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP,

          Defendant.

1:14 CV 1599 GBD

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff's Jonathan Gargiulo, et al., individually and all other similarly situated consumers and the Defendant, GC Services Limited Partnership, that the above-entitled action is hereby dismissed with prejudice, with each party to bear its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      June 30th, 2014

By: _____
M. Harvey Rephen (3384)
consumeradvocatenyc@gmail.com
Attorney for Plaintiff
708 Third Avenue, 6th Floor
New York, NY 10017
Tel: (212) 796-0930
Fax: (212) 330-7582

_____
William S. Helfand
*Admitted Pro Hac Vice*
Bill.helfand@chamberlainlaw.com
Chamberlain, Hrdlicka, White, Williams & Aughtry
1200 Smith, Suite 1400
Houston, Texas 77002
713-654-9630
Attorney for Defendant

SO ORDERED:
_____
George B. Daniels, Judge

JUL 03 2014